RECOMMENDATION TERMINATING
SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

**FILED**
OCT - 6 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs. )   Docket Number: 2:90CR00403-01
)
KEITH GANDY )
)

## LEGAL HISTORY:

On September 9, 1991, the above-named was placed on supervised release for a period of five years, which commenced on April 16, 2001. Special conditions included: the defendant not commit another federal, state, or local crime; not possess a firearm or destructive device; comply with the standard conditions adopted by this Court; submit to search without a search warrant; and participate in a correctional treatment program to obtain assistance for drug or alcohol abuse, which program may include testing to determine whether defendant has reverted to the use of drugs or alcohol.

## SUMMARY OF COMPLIANCE:

KEITH GANDY has complied with all conditions and special conditions of supervised release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that KEITH GANDY has derived maximum benefit from supervision and is not in need of continued supervision.

## RECOMMENDATION:

It is, therefore, respectfully recommended that supervised release in this case be terminated early.

Re:     **Keith GANDY**
        **Docket Number:  2:90CR00403-01**
        **RECOMMENDATION TERMINATING**
        **SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

                                    Respectfully submitted,

                                    /s/  John A. Poglinco

                                    **JOHN A. POGLINCO**
                                    **Senior United States Probation Officer**

Dated:  September 7, 2005
        Sacramento, California
        JAP:jz

**REVIEWED BY:**   /s/  Kyriacos M. Simonidis
                   **KYRIACOS M. SIMONIDIS**
                   **Supervising United States Probation Officer**

cc:     AUSA _____ (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided. If no objection is received from you within 14 days, the probation officer's Recommendation and Prob 35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: 2:90CR00403-01 |
| ) | |
| KEITH GANDY ) | |

On September 9, 1991, the above-named was placed on supervised release for a period of five years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/   John A. Poglinco

**JOHN A. POGLINCO
Senior United States Probation Officer**

Dated:     September 7, 2005
           Sacramento, California
           JAP:jz

**REVIEWED BY:**     /s/  Kyriacos M. Simondis
                    **KYRIACOS M. SIMONIDIS
                    Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

Re:   **Keith GANDY**
      **Docket Number:   2:90CR00403-01**
      **ORDER TERMINATING SUPERVISED RELEASE**
      **PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

_____10/4/05_____                    _____
**Date**                              **Edward J. Garcia**
                                      **Senior United States District Judge**

JAP:jz

Attachment:   Recommendation

cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office

Rev. 03/2005
PROB35.MRG